2016-10-24-GEORGE LLOYD HASSELBACK
Hasselback Law Office, LLC
Gualo Rai Village
PMB 378 PPP
Box 10,000
Saipan, MP 96950
Telephone No.: (670) 235-2496
Fax No.: (877) 553-2257
Email: george@hasselbacklaw.com

MICHAEL J. NAKANO
Cox, Wootton, Lerner, Griffin & Hansen LLP
841 Bishop Street, Suite 1099
Honolulu, HI 96813
Telephone No.: 808.744.7020
Fax: 808.744.7030
Email: mnakano@cwlfirm.com

Attorney for Plaintiff.

FILED
Clerk
District Court

OCT 25 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN MARIANA ISLANDS

CV 16- 0027

| | |
|---|---|
| Takahisa Yamamoto,<br><br>        Plaintiff,<br>vs.<br><br>M/V Luta, O.N. 635750<br><br>      *in rem* Defendant<br><br>and<br><br>Luta Mermaid, LLC,<br><br>Abelina T. Mendiola,<br><br>Deron T. Mendiola,<br><br>Fidel S. Mendiola, III,<br><br>Fidel Mendiola, Jr.,<br><br>Victor Hocog, | CIVIL ACTION NO. 16-_____<br><br>**EX PARTE**<br>**MOTION AUTHORIZING ISSUE OF**<br>**WARRANT FOR MARITIME ARREST** |

|                              |   |
|------------------------------|---|
| and                          | ] |
|                              | ] |
| Robert Toelkes,              | ] |
|                              | ] |
|         Defendants.          | ] |
|                              | ] |

Plaintiff TAKAHISA YAMAMOTO ("Plaintiff") hereby moves, pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, for an order authorizing the issue of a warrant for maritime arrest of Defendant vessel M/V LUTA, O.N. 635750. In further support of this motion, Plaintiff submits an accompanying memorandum, draft order, and draft warrant.

WHEREFORE, Plaintiff respectfully requests this Court to grant his motion.

Plaintiff therefore respectfully requests this to Court to grant his motion.

Respectfully submitted this __24th__ day of __October__, 2016,

_____
George Lloyd Hasselback, Esq.
Attorney for Plaintiff.