GEORGE LLOYD HASSELBACK
Hasselback Law Office, LLC
Gualo Rai Village
PMB 378 PPP
Box 10,000
Saipan, MP 96950
Telephone No.: (670) 235-2496
Email: george@hasselbacklaw.com

Attorney for Plaintiff.

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Takahisa Yamamoto,<br><br>Plaintiff,<br><br>vs.<br><br>M/V Luta, O.N. 635750, et. al,<br><br>Defendants. | Case No. 16-0027<br><br>**STIPULATED JUDGMENT** |

**WHEREAS** Plaintiff Takahisa Yamamoto ("Yamamoto") has incurred contractual obligations to NMS for payment of services rendered regarding the custody and care of the vessel identified as M/V Luta, O.N. 635750 ("the Vessel");

**WHEREAS** Yamamoto and NMS have reached a settlement of the aforementioned obligations, which is memorialized in a settlement agreement (filed under seal with this Court) that requires Yamamoto to stipulate to a judgment in the amount owed to NMS by Yamamoto, which judgment shall not be enforced so long as Yamamoto pays NMS pursuant to the terms of the settlement agreement;

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1

1.    **Jurisdiction and Venue:**  The claims that gave rise to the action in which NMS was appointed substitute custodian of the Vessel were filed pursuant to an action in admiralty brought before this Court pursuant to 28 U.S.C. § 1333, Supplemental Rule C for Certain Admiralty and Maritime Claims, and the supplemental jurisdiction of this Court pursuant to 28 U.S.C. § 1367.  Venue is proper with this Court as a sufficient majority of the events relevant to the claims against Yamamoto by NMS occurred within the confines of the Commonwealth of the Northern Mariana Islands.

2.    **Judgment Amount:**  Judgment is hereby entered in favor of NMS and against Yamamoto in the amount of one-hundred, sixty-seven thousand, six-hundred and twenty-seven thousand dollars and five cents ($167,627.05), FOR WHICH LET EXECUTION ISSUE.

Respectfully submitted:

Date:  2017-03-01

_____
GEORGE LLOYD HASSELBACK
Attorney for Plaintiff Takahisa Yamamoto.

Date:  3/2/17

_____
SEAN E. FRINK
Attorney for Substitute Custodian NMS.

IT IS SO ORDERED THIS:  _____

_____
Hon. David O. Carter
Designated Judge

2