William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone:    (670) 234-7241
Fax:              (670) 234-7530
Email:          fitzgerald.law@gmail.com

Attorney for defendants Luta Mermaid, LLC, Abelina T. Mendiola,
Deron T. Mendiola and Fidel S. Mendiola, III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TAKAHISA YAMAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>M/V LUTA, O.N. 635750, et al.<br><br>Defendants. | **CIVIL ACTION NO. 16-00027**<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**<br><br>Date:  June 7, 2018<br>Time:  3:00 p.m.<br>Judge:  Ramona V. Manglona |

In response to Plaintiff's Motion to Dismiss, pursuant to Rule 41(a)(2), Defendants Luta Mermaid, LLC ("Luta Mermaid"), Abelina T. Mendiola ("Abelina"), Deron T. Mendiola ("Deron") and Fidel S. Mendiola, III ("Fidel III"), hereby request the Court to make a condition to the dismissal and order Plaintiff to pay reasonable costs and attorney's fees:

> In granting a motion for voluntary dismissal, district courts typically impose the condition that plaintiff pay the defendant the reasonable attorney's fees incurred in defending the suit.

*Belle-Midwest, Inc. v. Missouri Property & Cas. Ins. Guarantee Ass'n*, 56 F.3d 977, 978 (1995).

> The power of imposing conditions on the right of a plaintiff to take a voluntary dismissal puts much discretion in the judge who passes upon the motion (see 5 Moore's Federal Practice, p. 1018 et seq.). Plaintiff brought the action in this court and now, having changed her mind, wishes to withdraw. It is only fair that certain conditions be imposed upon plaintiff as her motion for voluntary dismissal is granted. Plaintiff's motion for voluntary dismissal will be granted

> on condition that she pays (1) all the court costs in this court, (2) the cost of the deposition, and (3) a reasonable attorney's fee for the work defendants' attorneys have done as a result of the suit in this court.

*Sahutsky v. National Dairy Products Corp.*, 184 F.Supp. 68, 69 (1960).

In its Memorandum Decision and Order Vacating Arrest of the Vessel M/V/ Luta, O.N. 635750 (ECF No. 119), this Court found that the arrest of the M/V Luta was improper, that Plaintiff did not have probable cause to arrest the vessel, and that the arrest could not stand.

Defendants Luta Mermaid, Abelina, Deron and Fidel III, spent considerable sums in payment of costs and attorneys' fees to gain release of the vessel and the dismissal of the action should be conditioned upon an order requiring Plaintiff to pay the costs and fees.

Respectfully submitted on this 17th day of May, 2018.

LAW OFFICE OF WILLIAM M. FITZGERALD

*/s/ William M. Fitzgerald*
By: William M. Fitzgerald, Esq.
Attorney for Defendants M/V Luta, O.N. 635750, Luta Mermaid, LLC, Abelina T. Mendiola, Deron T. Mendiola and Fidel S. Mendiola, III